THOMAS A. MILLS, Respondent, *v.* THE BROOKLYN CITY RAIL-ROAD COMPANY, Appellant.

*Mills* v. *Brooklyn City R. R. Co.*, 10 Misc. Rep. 1, affirmed.
(Argued October 27, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the City Court of Brooklyn, entered October 24, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial made upon the minutes.

*P. S. Dudley* and *Thomas S. Moore* for appellant.

*J. Stewart Ross* for respondent.

Judgment affirmed, with costs; no opinion.
Concur, O'BRIEN, BARTLETT, MARTIN and VANN, JJ.; not voting, ANDREWS, Ch. J., and HAIGHT, J.; not sitting, GRAY, J.

---

JULIUS JACOBS et al., Appellants, *v.* THE HOWARD INSURANCE COMPANY of New York, Respondent.

(Argued October 27, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Superior Court of the city of New York, entered January 15, 1894, which affirmed a judgment in favor of defendant entered upon the report of a referee, and also affirmed an order of Special Term entered January 29, 1892, granting an extra allowance.

*Thomas P. Wickes* for appellants.

*T. Henry Dewey* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.